IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA KEMMERER, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| AP ACCOUNT SERVICES, LLC, | : | |
|     Defendant | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant AP ACCOUNT SERVICES, LLC ("APAS" and/or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. APAS is a defendant in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Monroe County, Civil Action, No. 2157-16 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is LISA KEMMERER ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State

court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant.

WHEREFORE, Defendant AP ACCOUNT SERVICES, LLC, prays that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Monroe County, Civil Action, No. 2157-cv-16, to this Court for proper and just determination.

                                              FINEMAN KREKSTEIN & HARRIS, P.C.

By:      /S/ Richard J. Perr
       RICHARD J. PERR, ESQUIRE
       PA Atty ID No. 72883
       Ten Penn Center
       1801 Market Street, Suite 1100
       Philadelphia, PA  19103-1628
       (v) 215-893-9300; (f) 215-893-8719
       rperr@finemanlawfirm.com
       Attorneys for Defendant

Dated:    April 18, 2016

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Brett M. Freeman, Esquire
>Sabatini Law Firm, LLC
>216 North Blakely Street
>Dunmore, PA  18512
>(v) 570-341-9000; (f) 570-504-2769
>brett@bankruptcypa.com
>     Attorneys for Plaintiff

      /S/ Richard J. Perr
      RICHARD J. PERR, ESQUIRE

Dated:     April 18, 2016